662

No. 689. HADEN *v.* DOWD, WARDEN. February 12, 1940. Petition for writ of certiorari to the Supreme Court of Indiana, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Oscar B. Thiel* for petitioner.

No. 608. CENTURY DISTILLING Co. *v.* CONTINENTAL DISTILLING CORP. February 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Edward S. Rogers, Karl D. Loos,* and *William T. Woodson* for petitioner. *Messrs. Thomas G. Haight* and *Leonard L. Kalish* for respondent.

No. 620. CROWLEY, RECEIVER, *v.* ICKES, SECRETARY OF THE INTERIOR. February 12, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. James E. Trask* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Frederick Bernays Wiener, Richard H. Demuth,* and *Aaron B. Holman* for respondent.

No. 627. BAKER *v.* WISCONSIN. February 12, 1940. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. Van B. Wake* for petitioner. *Mr. Harold H. Persons* for respondent.

No. 636. EVANS ET AL. *v.* JOHNSTON ET AL. February 12, 1940. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Messrs. Charles S. Deneen* and *Roy Massena* for petitioners. *Messrs.*

*Harold M. McLaughlin, Samuel S. Holmes,* and *Theodore Schmidt* for respondents.

No. 640. McGREGOR, RECEIVER, *v.* BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL. February 12, 1940. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. George W. C. McCarter* for petitioner. *Mr. Frank H. Sommer* for the Board of Public Utility Commissioners; and *Mr. Michael J. Bruder* for Town of Harrison, respondents.

No. 647. PETERS *v.* MUTUAL LIFE INSURANCE CO. February 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. C. H. Welles, 3d,* for petitioner. *Mr. Reese H. Harris* for respondent.

No. 673. JOHN HANCOCK MUTUAL LIFE INSURANCE Co. *v.* LAMPERT. February 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George W. Riley* and *Walter R. Kuhn* for petitioner. *Mr. David Groberg* for respondent.

No. 656. SOVA *v.* W–R COMPANY (formerly WILCOX-RICH, CORPORATION). February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit; and motion for leave to proceed further *in forma pauperis,* denied. *Alfred L. Sova, pro se. Mr. Arthur W. Dickey* for respondent.